

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

| | |
|---|---|
| Daniel Montalvo, Appellant | Appeal from the 102nd District Court of Bowie County, Texas (Tr. Ct. No. 16F0235-102). Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating. |
| No. 06-18-00129-CR     v. | |
| The State of Texas, Appellee | |

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to state that Montalvo pled not guilty to the three counts alleged in the indictment and that he entered pleas of true to the two enhancement allegations. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Daniel Montalvo, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JANUARY 30, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk